IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

SHAQUILLE S. BUTLER     PLAINTIFF

V.     CIV. NO. 4:18-cv-00232-DMB-JMV

INTERSTATE REALTY MANAGEMENT
COMPANY; SUNFLOWER LANE APARTMENTS
TC, L.P. d/b/a SUNFLOWER LANE APARTMENTS;
MICHAEL'S SUNFLOWER LANE, LLC;
TAMIKA WOODLARK, in her Official and Individual
Capacities, and JOHN DOES 1-5     DEFENDANTS

## FINAL JUDGMENT OF DISMISSAL, WITH PREJUDICE

THERE CAME ON before the Court, the motion *ore tenus* of the parties for the entry of a final judgment of dismissal with prejudice, and the Court being advised that all claims herein have been compromised, and being otherwise advised in the premises, finds the motion well taken and should be sustained;

IT IS, THEREFORE ORDERED that the above styled and numbered cause be, and it is hereby, dismissed, with prejudice, with each party bearing their own costs.

SO ORDERED this the 17th day of January, 2019.

_____
UNITED STATES DISTRICT JUDGE

Approved as to Form:

/s/Michael S. Carr
MICHAEL S. CARR, MSB # 102138
Attorney for Plaintiff

/s/Louis G. Baine, III
LOUIS G. BAINE, MSB # 1075
Attorney for Defendants